**93–2415.** A & B–Abell Elevator Co. v. Columbus/Cent. Ohio Bldg. & Constr. Trades Council. *Franklin County,* No. 92AP–1540 and 92AP–1541. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of the joint request to establish proposed briefing schedule,

IT IS ORDERED by the court that the request to establish proposed briefing schedule be, and the same is hereby, granted.